UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELMER D. MANSFIELD, | ) |
| Plaintiff, | ) |
| | ) No. 4:07CV1408 FRB |
| v. | ) |
| JAMES W. STANLEY JR. and THE STANLEY LAW FIRM, P.A., | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

Presently before this Court is the Motion of defendants James W. Stanley, Jr. and The Stanley Law Firm, P.A. ("defendants") to Strike any Opposition to Defendants' Motion for Summary Judgment (Docket No. 26/filed October 20, 2008). All matters are pending before the undersigned United States Magistrate Judge, with consent of the parties, pursuant to 28 U.S.C. § 636(c).

**IT IS HEREBY ORDERED** that, in view of this Court's ruling denying plaintiff Elmer D. Mansfield's Motion to Set Aside the Order Granting Summary Judgment or for New Trial, defendants' motion (Docket No. 26) is **DENIED** as moot.

/s/ Frederick R. Buckles
Frederick R. Buckles
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of June, 2009.